## Morris Singer, Appellant, v. Mutual Life Insurance Company of New York, Appellee.

### Gen. No. 42,935.

Heard in the second division, first district, this court at the December term, 1943; opinion filed June 15, 1945; released for publication June 27, 1945. David H. Caplow, Sol Andrews and Maurice L. Davis, for appellant; Wm. Marshall Bullitt, special counsel for appellee; Hoyne, O'Connor & Rubinkam, Scott, MacLeish & Falk and Winston, Strawn & Shaw, of counsel. Opinion by PRESIDING JUSTICE SULLIVAN. Not to be published in full.

## John Caminker, Appellant, v. New York Life Insurance Company, Appellee.

### Gen. No. 42,936.

Heard in the second division, first district, this court at the December term, 1943; opinion filed June 15, 1945; released for publication June 27, 1945. David H. Caplow, Sol Andrews and Maurice L. Davis, for appellant; Wm. Marshall Bullitt, special counsel for appellee; Hoyne, O'Connor & Rubinkam, Scott, MacLeish & Falk and Winston, Strawn & Shaw, of counsel. Opinion by PRESIDING JUSTICE SULLIVAN. Not to be published in full.